

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK** & Rausch, Sturm, Et al.,
Appellees

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

# O R D E R

Because it appears that appellant is seeking to appeal interlocutory orders over which this court does not have jurisdiction, appellant was ordered to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant filed a timely response to the order; however, the court is unable to resolve the jurisdictional issue based on the response. It is therefore ORDERED that the court will reconsider the jurisdictional issue after the clerk's record has been filed. Appellant's motion to stay is CARRIED WITH THE APPEAL.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court